IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 30 2020
JEFFREY P. COLWELL
CLERK

Kellie L. Gonzales, Plaintiff,

v.

Governor, Jared Polis,

Attorney General: Congressman- Mike Pompano

D.O.E.- Hugh McWilliams (U.S. Army General),

Jesse Gregory James- (Firearms Unlimited)

(Interim) James W. Billings Jr.

D.O.E.- Kellie Janelle Gonzales,

Rachel German,

Delores Guthrie, Defendant(s).

(List each named defendant on a separate line.)

Joyce White

**COMPLAINT**

(Rev. 07/06)

## PARTIES

1. Plaintiff **Kellie L. Gonzales** is a citizen of **Colorado**
   who presently resides at the following address:
   **1123 Topaz Place Pueblo, CO. 81004**

2. Defendant **Governor Jared Polis** is a citizen of **Colorado**
   who live(s) at or is/are located at the following address:
   **136 State Capitol Bldg. Denver, CO. 80203**

3. Defendant **Attorney General; Congressman - Mike Pompano** is a citizen of **Washington D.C.**
   who live(s) at or is/are located at the following address:
   **2201 C. St. NW Washington, D.C. 20551**

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   **Governor Polis, defendants, councel, and other authorities in the state of Colorado of Governing entities such as DOJ, CIA, FBI, CBI, NCIC, INTERPOL, Colorado State Patrol, and Chief of Pueblo Police Dept.**

5. Briefly state the background of your case:
   **Governing abusive powers that "Record Challenge" my identity to hoard for an intellectual property for fire suppression. This has caused hardship, displacement, defamation of character, and breached boundaries at my place of work, home, church, and children's school.**

(Rev 07/06)                                        2

## PARTIES

1. Plaintiff **Nellie L. Gonzales** is a citizen of **Colorado**
   who presently resides at the following address:
   **1123 Topaz Place Pueblo, Co. 81004**

2. Defendant **Governor, Jared Polis** is a citizen of **Colorado**
   who live(s) at or is/are located at the following address:
   **136 State Capitol Bldg. Denver, CO. 80203**

3. Defendant **Nellie Janelle Gonzales** is a citizen of **Colorado - (Federal database)**
   who live(s) at or is/are located at the following address:
   **200 E. First St. Trinidad, CO. 81082**

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   **Governor Polis, defendant, councel, and other authorities in the State of Colorado, through Governing entities and Las Animas County.**

5. Briefly state the background of your case:
   **Governing abusive powers that "Record Challenge" my identity and misuse power for an Intellectual Property. This has caused hardship, displacement, defamation of character, and breached boundaries at my place of work, home, church, and children's school.**

2

(Rev. 07/06)

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

#1) I am disputing in suit for due-process of the Constitutional Law of the 14th Amendment. Seeking a treatment and remedy to seal any and all records that pertain to my name and the "Record Challenge"; Kellie Janelle Gonzales. A prayer of relief for any affiliations within these Governing entities data base such as the NCIC, FBI, and CBI. This Governing abuse of power within a data base domain has caused a loss of job, displacement for my (2) small children, harassment by Law Enforcement, and seeking immediate provisions and payment funds to further investigate acts of prosecutorial crimes by Governing entities. A prayer of relief to dissolve at once any records and associations with this name, Kellie Janelle Gonzales and investigations to remedy, exponge and seal this "challenge".

#2) Seeking a motion to seal my record and exponge any felonies off my record, for false warrants, accusations, lack of integrity with Law Enforcement and Governing entities, and defamation of character.

#3) Seeking an appropriate statement of the court from Governing embodiment of misconduct with a plan to restore equality of treatment of civilian or Government in the courtroom, and to grant such other and further relief for justice. May this require compensation, records sealed and exponged, and any other due-process errors that has "challenged" my name, record, and identity in the state of Colorado.

#4) Seeking the right to a fair trial with jury pulls of the Plaintiff's choosing.

(Rev. 07/06)    3

#5) For the CBI and FBI to honor my certified complaint to exponge my record in Colorado and the grief it has caused, and any other governing embodiment data based federal system.

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

#1) Seeking a right to a fair trial with jury pulls of Plaintiff's choosing for mediation processes. Seeking immediate provisions and compensation through investigative acts of fraud, Governing entities misconduct and use to "challenge" my identity.

#2) Placing a shield of good faith against "abusive" Governing powers under the 1st and 10th Constitutional Law, and Jesse James for the involvement of racketeering influences associated with corrupt organizations. Seeking to defend in suit my civil and constitutional rights by law, statutes, and clear my name and associations from the defamation of character by fraudulent activity. Prayer for relief and compensation from all this, work, my home, my children's school, and church. Shield of good faith that equality and treatment to both civilian and Government would be restored and recognized in the courtroom and judicial system.

#3) To honor my Governmental Immunity Letters that I sent to both, Attorney General - Phil Weiser, and Chief of Pueblo Police Dept. to compensate these requests and motion, for further relief as justice. Letters to appropriate parties under the statutes C.R.S. §§ 24-10-109.

#4) Motion to seal records

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

#1) Seeking an investigation with my cell phone as well. There was a "threat", and seeking a subpeona to find and resolve the whereabouts in this matter. Immediate payment of funds to further investigate my cell phone records and access to privately investigate and the involvement behind the call and messaging. For further relief for justice and compensation this has imposed on myself and family.

#2.) To grant an independent adjudicator to be appointed consistent with the Rules of Practice, statutes and constitutional concepts set out in motion.

#3) Prayer for relief and honoring the Governmental Immunity letters that I sent to appropriate parties under the statutes C.R.S. §§ 24-10-109.

#4) Immediate payment funds to use for investigative acts of prosecutorial crimes by Governing entities and or civilian. An appropriate statement from this misconduct and a plan of action to restore equality of treatment, and a jury trial for this "threat". Granting further relief as justice.

#5) Motion to seal any records and name collectively associated with prosecutorial crimes to alter, tamper, of fraud with my identity, record, etc.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Right to a fair trial with jury pulls of the Plaintiff's choosing. Immediate compensation for what has been unjustly wronged and removal of Governing powers to abuse their priveledges. An appropriate statement and plan of action for any misconduct whether civilian or Governing authorities to grant further relief as justice. Treatment and a remedy to all Governing authorities within a database and all records to clear my name and identity of any fraud or fraudulent activities. Namely, Kellie Janelle Gonzales. Payment funds and prayer of relief for the harassment and defamation of character this has caused myself and family.

Date: _____

_Kellie Gonzales_
(Plaintiff's Original Signature)

1123 Topaz Place
(Street Address)

Pueblo, CO. 81004
(City, State, ZIP)

(719) 744-8718
(Telephone Number)